**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS GARCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:20-cv-0924 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 20) |

Plaintiff filed a stipulation of the parties for an extension of 30 days to file a reply brief. (Doc. 20.) Dolly Trompeter, Plaintiff's counsel, reports the extension is necessary due to "preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family." (*Id.* at 2.) The Commissioner agrees to the request, and it does not appear either party will suffer prejudice from the brief delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 20) is **GRANTED**; and
2. Plaintiff **SHALL** file a reply brief no later than **January 14, 2022**.

IT IS SO ORDERED.

    Dated:   **December 20, 2021**                    _/s/ Jennifer L. Thurston_
                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE