DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Garcia,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-00924-BAK (SKO)<br><br>STIPULATION AND \|PROPOSED\| ORDER FOR EXTENSION OF TIME<br><br>(Doc. 23) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 14, 2022 to February 14, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due to a family emergency involving Counsel's father who is gravely ill with

1  Leukemia.  (See Declaration by Dolly M. Trompeter).  Counsel for the Plaintiff is
2  a principal caregiver. Additionally, Counsel has limited access to her computer and
3  will require additional time to brief this matter upon her return to California.
4      Counsel for Plaintiff attempted to obtain Defendant's position on this motion
5  but did not receive a response.  Counsel apologizes to the Defendant and Court for
6  any inconvenience this may cause.

                              Respectfully submitted,

Dated: January 6, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

                         By: */s/ Dolly M. Trompeter*
                            DOLLY M. TROMPETER
                            Attorneys for Plaintiff

Dated: January 6, 2022       PHILLIP A. TALBERT
                                    United States Attorney
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                         By:  **/s/ Oscar Gonzalez de Llano*
                            Oscar Gonzalez de Llano
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            (*As authorized by email on January 6, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 23), and for good cause appearing (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including February 14, 2022, in which to file Plaintiff's reply in support of motion for summary judgment.

IT IS SO ORDERED.

Dated:   **January 14, 2022**                          /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE